**FILED - GR**
October 8, 2009 5:08 PM

TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: EC /

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

-----------

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RONALD LAVAR JOHNSON,
SOLOMON HAKEEM JOHNSON, and
KEITH NICKERSON,

Defendants.

_____/

No. **1:09-cr-311**

Hon. **Robert J. Jonker**
**U.S. District Judge**

**INDICTMENT**

The Grand Jury charges:

## COUNT 1
(Armed Bank Robbery)

On or about May 31, 2005, in Mecosta County, in the Southern Division of the

Western District of Michigan,

**RONALD LAVAR JOHNSON,**
**SOLOMON HAKEEM JOHNSON, and**
**KEITH NICKERSON**

did enter the First Bank of Lakeview, located at 101 East Fourth Street, Morley,

Michigan, the deposits of which were then insured by the Federal Deposit Insurance

Corporation, and by force, violence and intimidation, and through assault with a

dangerous weapon, did take approximately $9,394.91 from the presence of a bank

employee, such money belonging to and in the care, custody, control, management and

possession of the bank, and did aid and abet this act.

**18 U.S.C. § 2113(a) and (d)**
**18 U.S.C. § 2**

## COUNT 2
### (Conspiracy to Obstruct Justice)

Between on or about April 20 and September 9, 2009, in the Southern Division of the Western District of Michigan and elsewhere,

**RONALD LAVAR JOHNSON,
SOLOMON HAKEEM JOHNSON, and
KEITH NICKERSON**

did conspire with each other to corruptly obstruct, influence and impede the prosecution of the case of *United States v. Ronald Lavar Johnson, et al*, No. 09-CR-123, in the United States District Court for the Western District of Michigan, in violation of Title 18, United States Code, Section 1512.

### Objects of the Conspiracy

One object of the conspiracy was to thwart justice by manufacturing false evidence indicating that the defendants did not rob the First Bank of Lakeview as charged in Count 1 of this Indictment. Another object of the conspiracy was to intimidate potential government witnesses so that they would either not testify or would be reluctant to do so.

### Overt Acts

In order to effect the object of the conspiracy, at least one of the co-conspirators performed at least one of the following overt acts in the Western District of Michigan:

1.	Between on or about April 20 and June 3, 2009, RONALD LAVAR JOHNSON, SOLOMON HAKEEM JOHNSON and KEITH NICKERSON discussed in their jail cell a plan whereby SOLOMON HAKEEM JOHNSON would admit that he

committed the bank robbery, but claim that he did it with Dwayne Perry, who is deceased. SOLOMON HAKEEM JOHNSON would deny that RONALD LAVAR JOHNSON or KEITH NICKERSON participated in the robbery.

2. Between on or about April 20 and June 3, 2009, RONALD LAVAR JOHNSON, SOLOMON HAKEEM JOHNSON and KEITH NICKERSON discussed that RONALD LAVAR JOHNSON would contact his cousin to backdate an appointment book at his hair salon so that RONALD LAVAR JOHNSON would have an alibi for the date and time of the bank robbery.

3. On or about May 8, 2009, SOLOMON HAKEEM JOHNSON sent a letter to the United States Attorney's Office indicating that he wanted to make a statement about the bank robbery.

4. In or about June, 2009, RONALD LAVAR JOHNSON contacted his cousin and asked him to place his name in the appointment book of his beauty salon for the day of the bank robbery.

5. In or about June, 2009, RONALD LAVAR JOHNSON asked others to lie about his whereabouts on the date of the robbery.

6. On or about June 19, 2009, RONALD LAVAR JOHNSON, SOLOMON HAKEEM JOHNSON and KEITH NICKERSON searched the belongings of Raymond Collins, a cellmate, and discovered correspondence revealing the names and addresses of Collins' friends and family members.

7. On or about June 19, 2009, RONALD LAVAR JOHNSON, SOLOMON

HAKEEM JOHNSON and KEITH NICKERSON composed a letter to Lakesha Stiff, one of Collins's friends whose identity and whereabouts were discovered by the defendants during their search. The letter threatened harm to Stiff and to members of Collins' family if Collins cooperated with criminal investigators.

8.     On or about June 19, 2009, RONALD LAVAR JOHNSON, SOLOMON HAKEEM JOHNSON and KEITH NICKERSON threatened Collins with bodily harm if he was returned to their jail cell, because he was cooperating with the authorities.

**18 U.S.C. § 1512(k)**
**18 U.S.C. § 1512(c)(2)**

A TRUE BILL

GRAND JURY FOREPERSON

DONALD A. DAVIS
United States Attorney

TIMOTHY VERHEY
Assistant United States Attorney

-4-