# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN

## CRIMINAL MINUTE SHEET

**USA v.** Keith Nickerson      **District Judge:** Paul L. Maloney

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:09-cr-311 | 12/21/09 | 11:02 a.m. - 11:19 a.m. | Kalamazoo | |

## APPEARANCES

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Timothy VerHey | Craig Frederick | CJA Appointment |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| ____ Arraignment:<br>     ____ mute<br>     ____ not guilty<br>     ____ guilty<br>     ____ nolo contendre<br>____ Final Pretrial Conference<br>____ Detention (waived ____)<br>____ Motion Hearing<br>____ Revocation/SRV/PV<br>____ Bond Violation<br>✓ Change of Plea<br>____ Sentencing<br>____ Trial<br>____ Other:<br>_____ | ____ Defendant's Rights<br>____ Waiver of Indictment<br>____ Other:<br>_____<br>_____<br><br>Court to Issue:<br><br>____ Order of Detention<br>✓ Notice of Sentencing<br>____ Order Appointing Counsel<br>____ Other:<br>_____ | Charging Document:<br>✓ Read      ____ Reading Waived<br><br>Guilty Plea to Count(s) <u>One</u><br>of the<br><u>Indictment</u><br><br>Count(s) to be dismissed at sentencing:<br><u>Two</u><br><br>✓ Presentence Report Ordered<br>____ Presentence Report Waived<br>✓ Plea Accepted by the Court<br>____ Plea Taken under Advisement<br>____ No Written Plea Agreement |

## SENTENCING

| | |
|---|---|
| Imprisonment:_____<br>Probation:_____<br>Supervised Release:_____<br>Fine: $_____<br>Restitution: $_____<br>Special Assessment: $_____ | Plea Agreement Accepted: ____ Yes ____ No<br>Appeal Packet Given: ____ Yes ____ No<br>Conviction Information:<br>Date:_____<br>By:_____<br>As to Count(s):_____ |

## ADDITIONAL INFORMATION:

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ _____ |

| CASE TO BE: | TYPE OF HEARING: |
|---|---|
| | |

**Reporter/Recorder:** Kathleen Thomas      **Case Manager:** A. Redmond