UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

      Plaintiff,

v.

KEITH NICKERSON,

      Defendant.

_____/

HONORABLE PAUL L. MALONEY

Case No. 1:09-cr-311-03


### ORDER GRANTING IN PART MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

      This matter is before the Court on Defendant Nickerson's motion for early termination of supervised release (ECF No. 153).  A review of the court records reflect Defendant was sentenced to128 months imprisonment following his conviction for armed bank robbery.  He was also sentenced to five years of supervised release .  In May 2011, his custodial term was reduced to 78 months after a motion by the Government.  His term of supervision began on December 15, 2014.  In his motion, Defendant states he is gainfully employed in the food and beverage industry, has participated in substance abuse testing without incident, has obtained his certification in computer support and repair through community college, and has the support of family.

      Supervised release and the termination of a term of supervised release are authorized by statute, 18 U.S.C. § 3583.  The decision to terminate a term of supervised release falls within the discretion of the district court.  *United States v. Spinelle*, 41 F.3d 1056, 1060 (6th Cir. 1994).  In exercising that discretion, the district court must consider the § 3553 factors and also find that early

termination of supervised release is warranted by the defendant's conduct and that the early termination is in the interest of justice.  *United States v. Suber*, 75 F.App'x 442, 444 (6th Cir. 2003).

The Court has considered Defendant's conduct during his term of supervision to date, the § 3553 factors, consulted the probation officer, and finds the interests of justice may warrant termination of supervision prior to the original expiration date.  The Court is aware, however, that Defendant has not completed the 200 hours of community service as ordered.  As such, Defendant's motion is **GRANTED IN PART**.  Defendant's term of supervision will terminate upon his completion of the community service hours if he is without violation at that time.

**IT IS SO ORDERED**.

Date:  August 21, 2019

  /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge